1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for
     the United States of America

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )    1:11-CR-00429-AWI-DLB
                                  )
12              Plaintiff,        )    PRELIMINARY ORDER OF
                                  )    FORFEITURE
13       v.                       )
                                  )
14 JIMMY DON THOMPSON,            )
                                  )
15              Defendant.        )
   ───────────────────────────────)

16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Jimmy Don Thompson it is

19 hereby ORDERED, ADJUDGED AND DECREED as follows:

20      1.   Pursuant to 18 U.S.C. §§ 1028(b)(5), 492, and 28 U.S.C.

21 § 2461(c), defendant Jimmy Don Thompson's interest in the

22 following property shall be condemned and forfeited to the United

23 States of America, to be disposed of according to law:

24              a) HP Office Jet J5750 all-in-one scanner, printer, and
                   copier;
25
                b) Epson Stylus NX305 scanner, printer, and copier;
26              c) Dell desktop computer;
                d) Two USB computer electronic storage devices;
27              e) HP Pavillion DV1000 laptop computer; and,
                f) Fourteen (14) computer hard drives of various
28                 manufacture and storage capacity.

APPLICATION FOR PRELIMINARY ORDER OF
FORFEITURE AND PUBLICATION THEREOF          1

1    2.   The above-listed assets constitute articles, devices,

2  and other things made, possessed, or any material or apparatus

3  used or fitted or intended to be used, in the making of

4  counterfeits, articles, devices or things, found in the

5  possession of any person without authority from the Secretary of

6  the Treasury or other proper officer in violation of 18 U.S.C. §

7  472 and is personal property used or intended to be used to

8  commit a violation of 18 U.S.C. § 1028(a)(7).

9    3.   Pursuant to Rule 32.2(b), the Attorney General (or a

10  designee) shall be authorized to seize the above-listed property.

11  The aforementioned property shall be seized and held by the

12  United States Secret Service, in its secure custody and control.

13    4.   a. Pursuant to 18 U.S.C. § 1028(g) and 28 U.S.C. §

14  2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171,

15  the United States shall publish notice of the order of

16  forfeiture.  Notice of this Order and notice of the Attorney

17  General's (or a designee's) intent to dispose of the property in

18  such manner as the Attorney General may direct shall be posted

19  for at least 30 consecutive days on the official internet

20  government forfeiture site www.forfeiture.gov.  The United States

21  may also, to the extent practicable, provide direct written

22  notice to any person known to have alleged an interest in the

23  property that is the subject of the order of forfeiture as a

24  substitute for published notice as to those persons so notified.

25    b.   This notice shall state that any person, other

26  than the defendant, asserting a legal interest in the above-

27  listed property, must file a petition with the Court within sixty

28  (60) days from the first day of publication of the Notice of

Forfeiture posted on the official government forfeiture site, or
within thirty (30) days from receipt of direct written notice,
whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all
third-party interests, if any, this Court will enter a Final
Order of Forfeiture pursuant to 18 U.S.C. §§ 1028(b)(5), 492, and
28 U.S.C. § 2461(c), in which all interests will be addressed.
IT IS SO ORDERED.

Dated:    July 21, 2012

                              CHIEF UNITED STATES DISTRICT JUDGE